IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JESUS B. MIRANDA ) | |
| ) | |
| WACHOVIA MORTGAGE, FSB FKA WORLD ) | |
| SAVINGS BANK, FSB, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 08B02842 |
| ) | JUDGE JACK B. SCHMETTERER |
| JESUS B. MIRANDA, ) | |
| Debtor ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wachovia Mortgage, FSB fka World Savings Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the May 11, 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of December 6, 2010.

    a. Attorney's Fees          $250.00

    b. Payments (bi-weekly)

    5/11/09 – 10/26/09 =    13 @ $668.28    =    $8,687.64

    11/9/09 – 3/1/10    =    9 @ $567.07    =    $5,103.36

    3/15/10 – 1/17/10 =    23 @ $486.36    =    $11,186.28

    c. Late Charges                              =    $1,284.64

    d. Suspense                                   =    ($1,798.96)

    Total                                       = $24,712.96

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wachovia Mortgage, FSB fka World Savings Bank, FSB rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
        Wachovia Mortgage, FSB fka World
        Savings Bank, FSB

        /s/Toni Dillon
        Toni Dillon
        ARDC#6289370

        Pierce and Associates, P.C.
        1 North Dearborn Street, Ste. 1300
        Chicago, Illinois 60602
        (312)346-9088